GARRIDO *v.* EL REGISTRADOR DE LA PROPIEDAD.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 2.—Resuelto en junio 8, 1907.

INSCRIPCIÓN—ADJUDICACIÓN DE LA FINCA—INSCRITA Á FAVOR DEL CAUSANTE DE LA SUCESIÓN DEMANDADA.—Adjudicada al acreedor ejecutante una finca inscrita á favor de la mujer, en procedimiento seguido contra las sucesiones de ambos esposos, para que pueda inscribirse el título de adjudicación es necesario inscribir previamente dicha finca á favor de las respectivas sucesiones, según las fechas del fallecimiento de los causantes.

Los hechos están expresados en la opinión.

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por el abogado Don Luis Freyre Barbosa, á nombre de Don José Garrido Taboada, contra resolución denegatoria del Registrador de la Propiedad de esta Capital á inscribir una escritura de compra venta.

*Resultando:* que por escritura pública otorgada en esta ciudad ante el abogado y notario de la misma Don Herminio Díaz Navarro en 13 de julio de 1906, Don Agustín Musa y Marcano, en su carácter de marshal de la corte municipal de esta ciudad, otorgó á favor de Don José Garrido Taboada escritura de venta de una casa, sita en el pueblo de Río Piedras, que había sido embargada por el referido marshal en las diligencias de ejecución de la sentencia firme recaída en el juicio civil seguido en la misma Corte Municipal de esta ciudad por el Don José Garrido Taboada contra las Sucesiones de Doña Bárbara Torres y su esposo Don Vicente Melchor Ros, dueños que fueron de dicha casa, en cobro de pesos, y por cuya sentencia fueron condenadas las sucesiones demandadas á pagar al demandante la cantidad reclamada con sus intereses y las costas; y que habiendo sido sacada á pública subasta la casa embargada, y no habiéndose presentado ningún li-

citador, se adjudicó al acreedor Don José Garrido Taboada en pago de su crédito con los intereses y las costas.

*Resultando:* que presentada dicha escritura al Registro de la Propiedad de esta Capital para su inscripción, la denegó el registrador por los fundamentos de la nota puesta al pie de la misma escritura, que copiada á la letra dice así:

"No admitida la inscripción del presente título por estar inscrita la casa á nombre de Doña Bárbara Torres, esposa que fué de Don Vicente Melchor Ros, y haberse adjudicado aquélla en procedimiento (seguido) contra la sucesión de la deudora y del expresado Melchor Ros, sin que se haya inscrito previamente la casa á favor de las respectivas sucesiones, según las fechas del fallecimiento de los causantes, y se ha extendido anotación por el término legal al folio 101, tomo 7, de Río Piedras, finca 323, anotación letra A., en la que se han hecho constar como defectos subsanables la contradicción que hay en el documento entre las fechas del testamento y de la defunción de Doña Bárbara Torres, y de no expresarse los nombres de las personas que constituyen las sucesiones de dicha Señora y Don Vicente Melchor. —San Juan Bautista de Puerto Rico, diciembre 14 de 1906."

*Aceptando* los fundamentos de la resolución impugnada.

*Se confirma* la nota del Registrador de la Propiedad de esta Capital, y devuélvansele los documentos presentados con copia de la presente resolución, á los efectos procedentes.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.